## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case No: | 17-05744 CED Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
| Case Name: | PARRISH, DELMER H | Date Filed (f) or Converted (c): | 06/30/17 (f) |
| | | 341(a) Meeting Date: | 08/08/17 |
| For Period Ending: | 09/30/18 | Claims Bar Date: | 11/06/17 |

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. HOMESTEAD-390 HAWSER LANE, NAPLES, FL | 2,242,386.00 | 0.00 | | 0.00 | FA |
| 2. MASTER BEDROOM | 473.00 | 0.00 | | 0.00 | FA |
| 3. ROOM 1 FURNISHINGS | 158.00 | 0.00 | | 0.00 | FA |
| 4. ROOM 2 FURNISHINGS | 225.00 | 0.00 | | 0.00 | FA |
| 5. PORCH ITEMS ($240 bank fee added) | 150.00 | 390.00 | | 0.00 | 390.00 |
| 6. DOWNSTAIRS FURNISHINGS | 583.00 | 439.00 | | 439.00 | FA |
| 7. ROOM 3 FURNISHINGS | 293.00 | 293.00 | | 293.00 | FA |
| 8. OFFICE EQUIPMENT | 553.00 | 553.00 | | 553.00 | FA |
| 9. ENTRY/ DINING ROOM FURNISHINGS | 680.00 | 680.00 | | 510.56 | 169.44 |
| 10. KITCHEN ITEMS | 393.00 | 393.00 | | 393.00 | FA |
| 11. GARAGE ITEMS | 193.00 | 193.00 | | 193.00 | FA |
| 12. DEN FURNISHINGS | 810.00 | 810.00 | | 0.00 | 810.00 |
| 13. USED MENS CLOTHING | 175.00 | 175.00 | | 175.00 | FA |
| 14. DOG | 10.00 | 10.00 | | 10.00 | FA |
| 15. CASH ON HAND | 20.00 | 20.00 | | 20.00 | FA |
| 16. REGIONS BANK: CHECKING ACCT. NO. 7187 | 500.00 | 540.77 | | 0.00 | 540.77 |
| 17. FINANCIAL ACCOUNT: CHARLES SCHWAB (Joint) OTE | 8,000.00 | 93.52 | | 93.52 | FA |
| 18. HSA BANK - HEALTH SAVINGS ACCOUNT NO. 8703 | 0.00 | 0.00 | | 0.00 | FA |
| 19. SUNSHINE RX PHARMACY, LLC - NOT OPERATING | 0.00 | 0.00 | | 0.00 | FA |
| 20. 2016 FEDERAL TAX REFUND OTE | 20,000.00 | 10,456.17 | | 10,456.17 | FA |
| 21. POTENTIAL UNCLAIMED FUNDS - CAINE & WEINER | Unknown | 0.00 | | 0.00 | FA |
| 22. 2017 TAX REFUND (6/12) (u) | 0.00 | 242.75 | | 242.75 | FA |

Gross Value of Remaining Assets

LFORM1

Ver: 20.02

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 17-05744 CED Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | PARRISH, DELMER H | Date Filed (f) or Converted (c): | 06/30/17 (f) |
| | | 341(a) Meeting Date: | 08/08/17 |
| | | Claims Bar Date: | 11/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,275,602.00 | $15,289.21 | | $13,379.00 | $1,910.21 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 21, 2017 (RET) - Prepared OTE. (Order submitted) (hearing set per judge for 11/16/17)

November 08, 2017 (RET) - Emails with attorney about TBE exemption order.

December 11, 2017 (GAH) Second OTE filed.

December 12, 2017 (RET) - Received tax refund that is joint with wife, Renee Parrish, who also has a pending case. Will deposit the refund and split between both pending cases.

December 13, 2017 (GAH) Proposed Stip for $4,590.29 at $382.52 per mo. beginning 1/15/18 for 12 mos. plus 6/12 of any 2017 tax refund. Debtor has previously surrendered his 2016 tax refund.

December 20, 2017 (RET) - Signed payment stipulation.

February 01, 2018 (GAH) Received tax return. Filed with spouse; requested W-2s. Refund is $4,944.00. Received W-2. Most of refund is non-filing spouse's. Estate's portion of husband's refund is $242.75. E-mail sent to atty. Debtor sent check for tax refund; if IRS comes in send it to him.

March 09, 2018 (GAH) Check #490 for $382.52 returned for insufficient funds. (received) E-mail sent to atty.

LFORM1     Ver: 20.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | | |
|---|---|---|
| Case No: | 17-05744    CED    Judge: Caryl E. Delano | Trustee Name:    Robert E. Tardif Jr. |
| Case Name: | PARRISH, DELMER H | Date Filed (f) or Converted (c):    06/30/17 (f) |
| | | 341(a) Meeting Date:    08/08/17 |
| | | Claims Bar Date:    11/06/17 |

March 16, 2018 (RET) - Debtor payments continuing.

June 13, 2018 (GAH) Check #508 for $382.52 returned for insufficient funds.  E-mail sent to atty.

July 22, 2018 (RET) - Debtor payments continuing.

August 01, 2018 (GAH) E-mail sent to atty for past due payment of $897.56.  (received partial payment)

October 08, 2018 (GAH) E-mail to atty for past due payment.  (received)

October 18, 2018 (RET) - Debtor payments almost complete.

Initial Projected Date of Final Report (TFR): 06/29/19        Current Projected Date of Final Report (TFR): 06/29/19

        /s/    Robert E. Tardif Jr.
_____ Date: 10/31/18
        ROBERT E. TARDIF JR.

LFORM1                                                                                                                                        Ver: 20.02

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 17-05744 -CED | | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|---|
| Case Name: | PARRISH, DELMER H | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******8061 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9378 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | $ 26,930,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/21/17 | 20 | Robert Tardif, Trustee | 2016 Tax Refund (Doc #22) | 1124-000 | 10,456.17 | | 10,456.17 |
| 12/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,446.17 |
| 01/23/18 | * NOTE * | Del Parrish | Payment on Overage (Doc #22) | 1129-000 | 382.52 | | 10,828.69 |
| | | | * NOTE *  Properties 11, 13, 14, 15, 17 | | | | |
| 01/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 15.62 | 10,813.07 |
| * 02/26/18 | 10, 11 | Del Parrish | Payment on Overage (Doc #22) | 1129-003 | 382.52 | | 11,195.59 |
| 02/26/18 | 22 | Del Parrish | Tax refund (Doc #22) | 1224-000 | 242.75 | | 11,438.34 |
| 02/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 14.51 | 11,423.83 |
| * 03/09/18 | 10, 11 | Del Parrish | Payment on Overage (Doc #22) | 1129-003 | -382.52 | | 11,041.31 |
| | | | Returned-insufficient funds | | | | |
| 03/19/18 | * NOTE * | Delmer Parrish | Payment on Overage (Doc #22) | 1129-000 | 765.04 | | 11,806.35 |
| | | | * NOTE *  Properties 7, 10, 11 | | | | |
| 03/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 16.78 | 11,789.57 |
| 04/27/18 | 6, 10 | Del Parrish | Payment on Overage (Doc #22) | 1129-000 | 250.00 | | 12,039.57 |
| 04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 16.95 | 12,022.62 |
| * 05/29/18 | 6, 8 | Del Parrish | Payment on Overage (Doc #22) | 1129-003 | 382.52 | | 12,405.14 |
| 05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 17.85 | 12,387.29 |
| * 06/13/18 | 6, 8 | Del Parrish | Payment on Overage (Doc #22) | 1129-003 | -382.52 | | 12,004.77 |
| | | | Check returned for insufficient funds | | | | |
| 06/25/18 | 8 | Delmer Parrish | Payment on Overage (Doc #22) | 1129-000 | 382.52 | | 12,387.29 |
| 06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 17.36 | 12,369.93 |
| 07/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 18.38 | 12,351.55 |
| 08/06/18 | 6, 8, 9 | Delmer Parrish | Payment on Overage (Doc #22) | 1129-000 | 400.00 | | 12,751.55 |
| 08/10/18 | 9 | Delmer Parrish | Payment on Overage (Doc #22) | 1129-000 | 500.00 | | 13,251.55 |
| 08/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 19.20 | 13,232.35 |
| 09/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 19.03 | 13,213.32 |

Page Subtotals    13,379.00    165.68

LFORM24

Ver: 20.02

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 17-05744 -CED |
| Case Name: | PARRISH, DELMER H |
| Taxpayer ID No: | *******9378 |
| For Period Ending: | 09/30/18 |

| | |
|---|---|
| Trustee Name: | Robert E. Tardif Jr. |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | *******8061  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 26,930,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 13,379.00 | 165.68 | 13,213.32 |
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 13,379.00 | 165.68 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 13,379.00 | 165.68 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8061 | 13,379.00 | 165.68 | 13,213.32 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 13,379.00 | 165.68 | 13,213.32 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00         0.00

LFORM24

Ver: 20.02