IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:
DELMER PARRISH                                              Case No. 9:17-bk-05744-FMD


       Debtor
_____/

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee of the estate of the above-named Debtor reports as follows:

1.      On December 26, 2017, the Trustee filed a Motion to Approve Stipulation on Repurchase of Assets, which allowed the Debtor to repurchase his non-exempt assets (household goods, office equipment, clothing, pet, cash, bank accounts) for $4,590.29. Additionally, Debtor surrendered tax refunds in the amount of $10,698.92.

2.      On January 25, 2018, the Court entered an Order Granting Motion to Approve Stipulation on Repurchase of Assets.

3.      The Trustee has received all funds owed to the estate from the Debtor.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this 19th day of February 2019.

                                       /s/ Robert E. Tardif Jr.
                                       Robert E. Tardif Jr., Trustee
                                       Post Office Box 2140
                                       Fort Myers, FL 33902
                                       (239) 362-2755
                                       (239) 362-2756 (facsimile)
                                       rtardif@comcast.net